IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINE ROSE ETCITTY,

    Plaintiff,

v.                                                          No. CV 18-1148 CG

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security Administration,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Extend Briefing Deadlines*, (Doc. 16), filed April 22, 2019. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision on or before **May 6, 2019**;

2. Defendant shall file a Response on or before **July 5, 2019**; and

3. Plaintiff may file a Reply on or before **July 19, 2019**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE